## Commonwealth v. Maxwell, Appellant (No. 2).

*Appeals—Interlocutory order—Judgment on official bond—Scire facias.*
An order allowing a scire facias to issue on a judgment entered by a warrant of attorney in a tax collector's bond, is an interlocutory order from which no appeal lies.

Argued May 14, 1907.    Appeal, No. 20, April T., 1907, by defendant, from order of C. P. Butler Co., Sept. T., 1905, No. 99, allowing scire facias to issue in case of Commonwealth to use of Butler County, the Borough of Butler, and the School Board of Butler Borough v. James M. Maxwell et al.    Before RICE, P. J., HENDERSON, ORLADY, HEAD and BEAVER, JJ. Appeal quashed.

Scire facias sur judgment entered on a tax collector's bond.

*Error assigned* was order allowing a scire facias to issue on judgment entered by warrant of attorney on the bond of James M. Maxwell, tax collector for the borough of Butler.

*H. H. Goucher*, with him *A. T. Scott*, for appellant.

*J. W. Hutchison*, for appellee.

OPINION BY HEAD, J., October 7, 1907:
This appeal and Com. v. Maxwell, ante, p. 631, are based upon a single proceeding in the court below. An examina-. tion of the facts as set forth in the opinion there filed we. think will make it manifest that the order or decree from which this appeal is taken was in no sense final but only. interlocutory. After it was made the proceeding went on

regularly to final judgment and then a second appeal was taken. In that appeal the appellants would have the right to have heard and adjudicated the same question raised in this one. This appeal was, therefore, prematurely taken and must be quashed.

Appeal quashed.